UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM JOHNSON | ) |
| Plaintiff, | ) |
| **vs.** | ) Civil Action No. 4:11-cv-00966 |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

WILLIAM JOHNSON (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 17th day of May, 2011.

ALEX SIMANOVSKY & ASSOCIATES, LLC

/s/ Dave Lilley
Dave Lilley, Esq.
TX Bar No. 24035064
Attorney for Plaintiff

Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Phone: 1-866-865-3666, Ext. 1056
Fax: 877-570-5413

Corporate Office Address:
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891