UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-11-966 |
| | § | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice. Each side to bear its own costs and expenses.

SIGNED at Houston, Texas this 20th day of May, 2011.

_____
Kenneth M. Hoyt
United States District Judge